# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, an Iowa Corporation,<br><br>　　　　　　　　　　Defendant. | Case No.: 3:17-cv-2062-CAB (RBB)<br><br>**ORDER OF DISMISSAL**<br>**[Doc. No. 16]** |

Having considered the parties' Joint Motion to Dismiss Entire Action with Prejudice [Doc. No. 16], the Court **HEREBY DISMISSES WITH PREJUDICE** all complaints and claims in this action. All parties are to bear their own attorneys' fees and costs. Additionally, the Court declines the joint request to retain jurisdiction to enforce the terms of the Settlement Agreement. The Clerk of Court shall terminate the case.

It is **SO ORDERED**.

Dated: February 13, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge